1 | Radiah Thompson
2 | P.O. Box 1447
3 | Suisun, CA 94585
4 | 707/718-6481
5 | Pro Se

ORIGINAL FILED
2012 JUL 23 P 3:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Radiah Thompson,

    Plaintiff,

vs.

Kaiser Permanente Medical Group,

    Defendant.

) Case Number: C 12-01301 EMC
)
) **REQUEST TO CONTINUE CASE**
) **MANAGEMENT CONFERENCE**
)      ORDER RESETTING CMC TO 9/14/12 AT 9:00 A.M.
)
) Judge Edward M. Chen
)

I respectfully ask the Court to continue the Case Management Conference ("CMC"), currently scheduled for July 31, 2012 at 9:00 a.m., for 30 days or as long as the Court sees fit.

In support of this request, I declare as follows:

1. I am the Plaintiff in the above-titled matter and am representing myself pro se.

2. Per the Court's order of May 29, 2012, I have until July 31, 2012 to amend my complaint. I have drafted an amended complaint and intend to file my amended complaint no later than July 31, 2012.

3. After filing my amended complaint, I will promptly serve the Defendants, including a new Defendant which I am adding to the lawsuit. Changing the date for the CMC will allow the Defendants time to respond to the amended complaint.

4. I have spoken to the attorney for the Defendant Kaiser Permanente Medical Group and he does not object to a continuance of the CMC.

MOTION TO CONTINUE CASE MANAGMENT CONFERENCE,
CASE NO. C 12-01301 EMC

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Date: July 23, 2012        Signature: *Radiah Thompson*

3  Radiah Thompson, Pro Se

4  IT IS SO ORDERED that the CMC is reset to 9/14/12 at 9:00 a.m. An updated joint CMC statement shall be filed by 9/7/12.

5

6  _____

7  Edward M. Chen
   U. S. District Judge

8
   Dated: 7/30/12
9

10  cc: Plaintiff



MOTION TO CONTINUE CASE MANAGMENT CONFERENCE,
CASE NO. C 12-01301 EMC