UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIAH S. THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.,<br><br>        Defendant.<br>_____/ | No. C-12-1301 EMC<br><br>**ORDER VACATING JUDGMENT AND EXTENDING TIME TO FILE AMENDED COMPLAINT** |

      On December 3, 2012, this Court issued an order dismissing Plaintiff's complaint, and requiring her to file any amended complaint by December 31, 2012. Docket No. 55. When Plaintiff had not filed an amended complaint by this deadline, this Court entered judgment against her on January 8, 2013. Docket No. 56. Plaintiff, who is unrepresented, has now contacted the Court indicating that she never received the Court's December 3, 2012 order, and requesting an opportunity to file her amended complaint.

      Good cause appearing, this Court's judgment of January 8, 2012 is hereby **VACATED.** The Clerk of the Court is directed to serve Plaintiff with a copies of this order and the December 3, 2012 order. Plaintiff is directed to file an amended complaint no later than February 15, 2013. The Clerk

///

///

///

///

///

of the Court is directed to reopen this case. A Further Case Management Conference is set for March 21, 2013 at 10:30 a.m. An updated joint CMC Statement shall be filed by March 14, 2013.

IT IS SO ORDERED.

Dated: January 14, 2013

_____
EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

THOMPSON et al,

        Plaintiff,

v.

PERMANENTE MEDICAL GROUP, INC et al,

        Defendant.

Case Number: CV12-01301 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2013, I SERVED a true and correct copy(ies) of the attached and the 12/3/13 order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Radiah S. Thompson
P.O. Box 1447
Suisun, CA 94585

Dated: January 15, 2013

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3